1  ROBBYE RAY ANDERSON
2  E39592-C.R.C.-303-22L
3  P.O. BOX 3535
4  NORCO, CA. 92860




FILED
JUN - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  ROBBYE RAY ANDERSON
11        Petitioner
12     V.
13  STATE OF CALIFORNIA
14        Respondent

'08 CV 1031 W AJB
Case No.
Petitioner Request Appointment
Of Counsel in This Habeas Corpus
Pursuant To The Criminal
Justice Act.

16  Please Take Judical Notice:

18    I Robbye Ray Anderson, is the Petitioner in the above
19  action before this court here by seeks appointment of
20  counsel to said petitioner due to indigency, and the
21  seriousness of the matter and the complex issues of Law
22  and facts of a sort requiring the assistance of Counsel
23  as petitioner's inability to investigate or obtain certain
24  evidence and given the nature that petitioner has filed
25  complaints with the District Court against prison officials
26  in the past, or future.

28            See Attached

(1)

Rule 12.4 **Points And Authorities**
**Constitutional Right To Counsel**
**Pursuant to the Criminal Justice Act.**

There is an established statutory right to counsel in most Habeas Corpus proceedings that present a non frivolous or triable issue and in all such proceedings there are constitutional reasons why counsel should be appointed under the circumstances of individual cases. Examples as follows:

1. Cases in which the Petitioner has a colorable claim but lacks the capacity to present it or in which the legal issues are difficult and the petitioner has not demonstrated a workable knowledge of the legal process.

2. Cases involving at least one strong legal claim.

3. Cases in which the indigent is in no position to investigate crucial facts.

4. Cases involving mentally or physically impaired petitioners

5. In conformity with these expressions of congressional intent, the courts generally have endorsed the appointment of counsel to represent indigent and legally unsophisticated personers.

6. Language in section 3006(A)(2)(B) predecessor provision the congressional report on the provision states that the court should appoint counsel when necessary to insure a fair hearing.

7. Provision of the criminal Justice Act 1964 and Amended by the criminal Justice Act revision of 1986 section 3006 (A)(2)(B) which states that representation may be provided for any financially eligible person in a case arising under the Federal Habeas Corpus Statute.

(2)

Under the penalty of perjury, the following is true and correct and all laws of the united States have been followed.

<u>Excuted On 3rd Day Of June 2008</u>

_Mr. Robbye Anderson_
Signature Of Petitioner

(3)