1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  LILIA E. GARCIA, State Bar No. 98982
   Supervising Deputy Attorney General
5    110 West A Street, Suite 1100
     San Diego, CA 92101
6    P.O. Box 85266
     San Diego, CA 92186-5266
7    Telephone: (619) 645-2199
     Fax: (619) 645-2191
8    Email: Lilia.Garcia@doj.ca.gov

9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13  **ROBBYE RAY ANDERSON,**              Civil No. 3:08-cv-01031-W-AJB

14                         Petitioner,    NOTICE OF APPEARANCE

15       v.

16  **M. MARTEL, Warden,**

17                         Respondent.

18

19       TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT

20  OF CALIFORNIA, UNITED STATES MAGISTRATE JUDGE ANTHONY J. BATTAGHLIA,

21  AND PETITIONER:

22       Please be advised that, as of September 5, 2008, Respondent is now represented by the

23  following as counsel of record:

24  ///
25  ///
26  ///
27  ///
28  ///

Case No. 3:08-CV-01031-W-(AGB)

1

```
 1                         LILIA E. GARCIA
 2                  Supervising Deputy Attorney General
 3                      Office of the Attorney General
 4                         Department of Justice
 5                          State of California
 6                     110 West A Street, Suite 1100
 7                       San Diego, California 92101
 8                       Telephone (619) 645-2199
 9                       Facsimile (619) 645-2191
10                  E-mail Lilia.Garcia@doj.ca.gov
11      Dated: September 8, 2008
12                              Respectfully submitted,
13                              EDMUND G. BROWN JR.
                                Attorney General of the State of California
14                              DANE R. GILLETTE
                                Chief Assistant Attorney General
15
                                GARY W. SCHONS
16                              Senior Assistant Attorney General
17
18                              s/ LILIA E. GARCIA
19                              LILIA E. GARCIA
                                Supervising Deputy Attorney General
20                              Attorneys for Respondent
21
22  LEG:cjm
    Not Appr.Southern.wpd
23  SD2008801634
```

LEG:cjm
Not Appr.Southern.wpd
SD2008801634

Case No. 3:08-CV-01031-W-(AGB)

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Anderson v. Martel**
No.:   **08-1031 W (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 8, 2008</u>, I served the following documents:**NOTICE OF APPEARANCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Robbye Ray Anderson
F-39592
California Rehabilitation Center
P.O. Box 3535
Norco, CA 92860
Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 8, 2008, at San Diego, California.

|  Carole McGraw  |  *(signed)* Carole McGraw  |
| --- | --- |
|  Declarant  |  Signature  |

SD2008801634
80279756.wpd